IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Latoya Powell,

    Plaintiff,

vs.

AmSher Collection Services, Inc.,
an Alabama corporation,

    Defendant.

Case No.: 2:18-cv-674

**COMPLAINT**

**JURY TRIAL DEMAND**

NOW COMES THE PLAINTIFF, LATOYA POWELL, BY AND THROUGH COUNSEL, Reginald McDaniel, and for her Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

2. The transactions and occurrences which give rise to this action occurred in the City of Montgomery, Montgomery County, Alabama.

3. Venue is proper in the Middle District of Alabama, Northern Division.

1

## PARTIES

4. Plaintiff is a natural person residing in City of Montgomery, Montgomery County, Alabama.

5. The Defendant to this lawsuit is AmSher Collection Services, Inc., which is an Alabama corporation that conducts business in the State of Alabama.

## GENERAL ALLEGATIONS

6. Defendant is attempting to collect a consumer type debt with account number 9759715 allegedly owed by Plaintiff to American Family Care, Inc. in the amount of $127.00 ("the Alleged Debt").

7. Plaintiff does not owe the Alleged Debt. Plaintiff does not owe any money to American Family Care, Inc and there is no outstanding balance.

8. On April 11, 2018, Plaintiff obtained her Equifax and Trans Union credit reports. Plaintiff noticed that Defendant reported its trade line associated with the Alleged Debt with a balance of $127.00.

9. On or about May 4, 2018, Plaintiff submitted a letter to Defendant disputing the Alleged Debt.

10. On or about May 9, 2018, Plaintiff received a letter from Defendant validating the Alleged Debt.

11. However, the attached Account Statement showed that Plaintiff and her insurance owed a balance of $0.

12. Defendant has misrepresented the Alleged Debt, in violation of the FDCPA.

13. Plaintiff suffered pecuniary and emotional damages as a result of Defendant's actions. Her credit report continues to be damaged due to the Defendant's failure or refusal to report the open collection item as closed and with a $0 balance.

## VIOLATION OF
## THE FAIR DEBT COLLECTION PRACTICES ACT

14. Plaintiff reincorporates the preceding allegations by reference.

15. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

16. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

17. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

18. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

   a. 15 U.S.C. §1692e(2)(A) by misrepresenting the character, amount, or legal status of any debt. Defendant mispresented the alleged Debt by attempting to collect a debt that has been paid; and

3

    b. 15 U.S.C. §1692f(1) by collecting any amount not permitted by law. Defendant is attempting to collect a debt that has been paid.

19. To date, and a direct and proximate cause of the Defendant's failure to honor its statutory obligations under the FDCPA, the Plaintiff has continued to suffer from a degraded credit report and credit score. Defendant has willfully continued to report a negative trade line on her credit report, costing the Plaintiff economic opportunities.

20. Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

### DEMAND FOR JUDGMENT RELIEF

Accordingly, Plaintiff requests that the Court grant her the following relief against the Defendant:

  a. Actual damages;

  b. Statutory damages;

  c. Statutory costs and attorneys' fees; and

  d. Exemplary and Punitive Damages for Defendant's willful violation of the Fair Debt Collection Practices Act.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED: July 17, 2018

By: /s/ Reginald McDaniel, Esq.
Reginald McDaniel ASB-7676-L73M
3720 4th Avenue North
Birmingham, AL 35222
Attorneys for Plaintiff,
Latoya Powell